# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | No. 3:10cr00161 |
| ) | Judge Campbell |
| **FORREST L. MAULIN, JR.,** ) | |
| ) | |
| **Defendant.** ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on January 26, 2012, this Court entered a Preliminary Order of Forfeiture as to Forrest L. Maulin, Jr. (D.E. 33) ordering Defendant Maulin to forfeit the following property:

(1) any visual depiction described in 18 U.S.C. §§ 2251 or 2252A, of this chapter or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

including but not limited to the following items:

    a.    Toshiba Satellite computer, serial number 25319690K;

    b.    Dell Inspiron 6400 computer, serial number 7CLVSC1; and

    c.    Acer Aspire One computer, serial number LUS680B06601028EC71601;

hereinafter referred to collectively as "Subject Property;" and

WHEREAS, the United States caused to be published notice of this forfeiture and of the intent of the United States to dispose of the Subject Property in accordance with the law and as

specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication of notice for a hearing to adjudicate the validity of their alleged legal interest in the property was advertised online at "www.forfeiture.gov," the official internet government forfeiture site, for 30 consecutive days beginning on January 30, 2012 and ending on February 28, 2012; and

WHEREAS, on February 6, 2012, pursuant to 21 U.S.C. § 853(n), Tina Maulin was sent direct notice of this forfeiture and of the intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Preliminary Order, and further notifying her of that she had thirty (30) days from the date of the direct notice or thirty (30) days from the end of publication, whichever was earlier, to petition the court for a hearing to adjudicate the validity of her alleged interest in the property. The United States Postal Service returned the notification packets to sender; and

WHEREAS, on March 15, 2012, a voicemail message was left for Tina Maulin regarding the forfeiture; and

WHEREAS, on March 26, 2012, a contractor paralegal attempted to contact Tina Maulin regarding the forfeiture; and

WHEREAS, no timely petition has been filed; and

WHEREAS, the Court finds that the Defendant had an interest in the Subject Property which is subject to forfeiture pursuant to 18 U.S.C. § 2253(a); and

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 2253(a).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that upon entry of this Final Order of Forfeiture or prior to the disposal the Subject Property or upon a determination by the agency that the Subject Property or its contents are no longer necessary for trial in this matter the Subject Property shall be "wiped clean" of all information, all files erased from all drives and/or computer media.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property is hereby condemned as to the defendant and as to any third party interest, and all right, title and interest to the Subject Property is hereby forfeited and vested in the United States of America, and the Subject Property shall be disposed of according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED this ___ day of _____, 2012.

_____
TODD J. CAMPBELL
United States District Judge